BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY LEE WILLIAM APPLEYARD, <br><br> Defendant. | CASE NO. 2:14-CR-00155-MCE <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: August 21, 2014 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 21, 2014.

2. By this stipulation, defendant now moves to continue the status conference until October 30, 2014, and to exclude time between August 21, 2014, and October 30, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thirty-eight pages of discovery, including a twelve-page rap sheet and arrest reports from multiple law enforcement agencies. All of this discovery

1  has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to consult with his client, review the produced discovery, investigate the charges in this case, research and review issues related to the defendant's criminal history, and otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2014 to October 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant U.S. Attorney

Dated: August 19, 2014

/s/ OLAF W. HEDBERG
OLAF W. HEDBERG
Counsel for Defendant
JEREMY APPLEYARD

## ORDER

IT IS SO ORDERED.

Dated: August 22, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT