BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00155-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JEREMY LEE WILLIAM APPLEYARD, | DATE: December 18, 2014 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 18, 2014.

2. By this stipulation, defendant now moves to continue the status conference until February 26, 2015, and to exclude time between December 18, 2014, and February 26, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thirty-eight pages of discovery, including a twelve-page rap sheet and arrest reports from multiple law enforcement agencies. All of this discovery

1   has been either produced directly to counsel and/or made available for inspection
2   and copying.
3     b) Counsel for defendant desires additional time to consult with his
4   client, review the produced discovery, investigate the charges in this case, research
5   and review issues related to the defendant's criminal history, and otherwise prepare
6   for trial.
7     c) Counsel for defendant believes that failure to grant the above-
8   requested continuance would deny him the reasonable time necessary for effective
9   preparation, taking into account the exercise of due diligence.
10    d) The government does not object to the continuance.
11    e) Based on the above-stated findings, the ends of justice served by
12  continuing the case as requested outweigh the interest of the public and the
13  defendant in a trial within the original date prescribed by the Speedy Trial Act.
14    f) For the purpose of computing time under the Speedy Trial Act, 18
15  U.S.C. § 3161, et seq., within which trial must commence, the time period of
16  December 18, 2014 to February 26, 2015, inclusive, is deemed excludable pursuant
17  to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
18  continuance granted by the Court at defendant's request on the basis of the Court's
19  finding that the ends of justice served by taking such action outweigh the best
20  interest of the public and the defendant in a speedy trial.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 15, 2014           BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ JUSTIN L. LEE
                                   JUSTIN L. LEE
                                   Assistant U.S. Attorney

Dated: December 15, 2014           /s/ OLAF W. HEDBERG
                                   OLAF W. HEDBERG
                                   Counsel for Defendant
                                   JEREMY APPLEYARD

## ORDER

IT IS SO ORDERED.

DATED: December 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT