BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY LEE WILLIAM APPLEYARD,<br><br>Defendant. | CASE NO. 2:14-CR-00155-MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 30, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 30, 2015.

2. By this stipulation, defendant now moves to continue the status conference until October 8, 2015, and to exclude time between July 30, 2015, and October 8, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thirty-eight pages of discovery, including a twelve-page rap sheet and arrest reports from multiple law enforcement agencies. All of this discovery

1  has been either produced directly to counsel and/or made available for inspection
2  and copying.
3     b)   Counsel for defendant desires additional time to consult with his
4  client, review the produced discovery, investigate the charges in this case, research
5  and review issues related to the defendant's criminal history, and otherwise prepare
6  for trial.
7     c)   Counsel for defendant believes that failure to grant the above-
8  requested continuance would deny him the reasonable time necessary for effective
9  preparation, taking into account the exercise of due diligence.
10    d)   The government does not object to the continuance.
11    e)   Based on the above-stated findings, the ends of justice served by
12 continuing the case as requested outweigh the interest of the public and the
13 defendant in a trial within the original date prescribed by the Speedy Trial Act.
14    f)   For the purpose of computing time under the Speedy Trial Act, 18
15 U.S.C. § 3161, et seq., within which trial must commence, the time period of July
16 30, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§
17 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
18 by the Court at defendant's request on the basis of the Court's finding that the ends
19 of justice served by taking such action outweigh the best interest of the public and
20 the defendant in a speedy trial.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2015       BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ JUSTIN L. LEE
                           JUSTIN L. LEE
                           Assistant U.S. Attorney

Dated: July 24, 2015       /s/ OLAF W. HEDBERG
                           OLAF W. HEDBERG
                           Counsel for Defendant
                           JEREMY APPLEYARD

## ORDER

IT IS SO ORDERED.

Dated: July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT