PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00155-GEB |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |
| v. | |
| JEREMY LEE WILLIAM APPLEYARD, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the information contained in the United States's Request to Seal and the Court's consideration of the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), the Court finds that sealing the requested documents is narrowly tailored to serve a compelling government interest.

IT IS HEREBY ORDERED that the four-page document pertaining to defendant Jeremy Appleyard, and United States's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: September 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge