Report and Order Terminating Supervised Release
Prior to Original Expiration Date - Notice of Death

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No: 0972 2:14CR00155-001 |
| | ) | |
| **Jeremy Lee William Appleyard** | ) | |
| | ) | |

On September 23, 2016, the above-named was sentenced to 46 months imprisonment, followed by 36 months of Supervised Release. Supervision commenced on September 21, 2017.

On September 29, 2018, this office was notified by Glenn County Sheriff's Department that Jeremy Lee William Appleyard was confirmed dead on September 29, 2018 (copy of death certificate is on file). Cause of death is listed as "pending." It is accordingly recommended this case be closed.

          Respectfully submitted,

          **Vladimir Pajcin**
          **United States Probation Officer**

Dated:   December 3, 2018
          Roseville, California

**REVIEWED BY:**

          /s/Michael K. McFarland

          **Michael K. McFarland**
          **Supervising United States Probation Officer**

**Re:** Jeremy Lee William Appleyard
      Docket No:    0972 2:14CR00155-001
      Report and Order Terminating Supervised Release
      **Prior To Original Expiration Date - Notice of Death**

## ORDER OF COURT

It appearing that Jeremy Lee William Appleyard is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:   December 27, 2018

(Notification copy on file)

GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:    AUSA – Justin Lee
         FLU Unit - United States Attorney's Office (victim notification and/or offender estate)
         Fiscal Clerk - Clerk's Office